IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

OCT 2 4 2000

MICHAEL N. MILBY, CLERK

| | | |
|---|---|---|
| CORY DORSEY | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. H-99-2086 |
| | § | |
| GERALD M. GOINES, *ET AL.* | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

Based on the Court's Order dated October 20, 2000, Plaintiff's complaint is **DISMISSED** as to all Defendants. This is a **FINAL JUDGMENT**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 23rd day of October, 2000, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE