# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 00-20742
Summary Calendar

D.C. Docket No. H-99-CV-2086

U.S. COURT OF APPEALS
FILED
JUN 1 2 2001
CHARLES R. FULBRUGE III
CLERK

CORA DORSEY, individually and as next friend of Reginald Dorsey Deceased, as next friend of Impress Reginae Dorsey, a minor child of the decedent; TRINNIS CURTEZ DURANT; DEILASHEUN RICHARDSON, as next friend of Dejenai Vallier

    Plaintiffs - Appellants

v.

GERALD A GOINES, City of Houston Police Officer; CITY OF HOUSTON

    Defendants - Appellees

United States Courts
Southern District of Texas
FILED
JUL 0 9 2001
Michael N. Milby, Clerk of Court

Appeals from the United States District Court for the Southern District of Texas, Houston.

Before EMILIO M. GARZA, STEWART, and PARKER, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JUL 0 5 2001

OP-S-J-1

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy JUL 0 5 2001
New Orleans, Louisiana